United States District Court
Southern District of Texas
**ENTERED**
April 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA ELIZABETH LUCIO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-996 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Melissa Elizabeth Lucio, an inmate on Texas death row, is set for execution on April 27, 2022. Lucio has filed a complaint under 42 U.S.C. § 1983 raising claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act (RLUIPA). (Docket Entry No. 1). In order for this lawsuit to proceed, the Court **ORDERS** as follows:

- Lucio will file a fully supported motion to proceed *in forma pauperis* or will pay the applicable filing fee on or before **April 8, 2022**.

- Lucio will file any motion for appropriate preliminary relief on or before **April 8, 2022**.

- The Defendants may file a response to any motion for preliminary relief on or before **April 13, 2022**.

- Lucio will file any reply on or before **April 15, 2022**.

The Clerk will provide copies of this Order to the parties.

SIGNED on April 1, 2022 at Houston, Texas.



_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE